DIVERSITY ~~CIVIL RIGHTS~~ COMPLAINT PURSUANT TO ~~42~~ 28 U.S.C. § ~~1983~~ 1332

FILED LODGED RECEIVED MAIL
MAY 14 2020
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~NORTHERN~~ WESTERN DISTRICT OF ~~GEORGIA~~ WASHINGTON
SEATTLE DIVISION

WASEEM DAKER, #901373
(Enter above the full name and prisoner identification number of the plaintiff.)

2:20-cv-00752-BAT

-vs-

1. REDFIN CORPORATION, INC.
2. KELLEY SWEET
3. SHEENA ANWER

(Enter above the full name of the defendant(s).)

4. MOHAMMED KASHIF ANWER

#TAC0162584

**I. Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with (1) the same facts involved in this action, or (2) otherwise relating to your imprisonment?

SAME FACTS AS THIS CASE? NO
Yes (✓)   No ( )   RELATING TO MY IMPRISONMENT? YES

B. If your answer to A (1) or (2) is yes, describe each lawsuit in the space below and tell us whether the "old" case involves the same facts or other issues. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) I HAVE FILED OTHER STATE AND FEDERAL LAWSUITS, TOO MANY TO LIST OR REMEMBER, BUT ALL OF MY FEDERAL CASES ARE ON PACER. PLEASE SEE PACER.GOV FOR MY FEDERAL CASES.

1. Parties to this previous lawsuit:

   Plaintiff(s): WASEEM DAKER

   Defendant(s): GEORGIA DEPARTMENT OF CORRECTIONS, ET AL

2. Court (if federal court, name the district; if state court, name the county):
   SOUTHERN ~~DISTRICT~~ DISTRICT OF GEORGIA

3. Docket Number: ~~████████~~ 6:14-CV-47

FOR MY STATE CASES, PLEASE SEE DOCKETS OF FULTON, COBB, MONROE, BUTTS, TATTNALL, AND MACON COUNTY SUPERIOR COURTS, GEORGIA

(1)

I. **Previous Lawsuits (Cont'd)**

   4. Name of judge to whom case was assigned: R. STAN BAKER

   5. Did the previous case involve the same facts?

      Yes ( )    No (✓)

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): PENDING

   7. Approximate date of filing lawsuit: MAY 2019

   8. Approximate date of disposition: PENDING

II. **Exhaustion of Administrative Remedies**

   A. Place of Present Confinement: VALDOSTA STATE PRISON

   B. Is there a prisoner grievance procedure in this institution?
      Yes (✓)    No ( )

   C. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )    No (✓)

   D. If your answer is YES:
      1. What steps did you take and what were the results?

      _____
      _____
      _____
      _____

      2. If your answer is NO, explain why not: THE FACTS OF THIS CASE ARE OUTSIDE THE JURISDICTION OF THE GEORGIA DEPARTMENT OF CORRECTIONS GRIEVANCE PROCEDURE AND ARE NON-GRIEVABLE UNDER THAT PROCEDURE

III. **Parties**
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff(s): WASEEM DAKER

(2)

**III.    Parties (Cont'd)**

Address(es): #901373
VALDOSTA S.P
POBOX 5368
VALDOSTA, GA 31603

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.    Defendant(s): PLEASE SEE ATTACHED SHEETS. (PAGES 6-8) PARAGRAPHS 6-9

Employed as PLEASE SEE ATTACHED SHEETS (PAGES 6-8) PARAGRAPHS 6-9

at PLEASE SEE ATTACHED SHEETS (PAGES 6-8) PARAGRAPHS 6-9

**IV.    Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

PLEASE SEE ATTACHED SHEETS, (PAGES 8-17)
(PARAGRAPHS 10-51)

(3)

IV. **Statement of Claim (Cont'd)**
PLEASE SEE ATTACHED SHEETS. (PAGES 8-17.)
(PMA/AAPHS 10-51)

V. **Relief**
State briefly exactly what you want the Court to do for you. **Make no legal arguments. Cite no cases or statutes.**
PLEASE SEE ATTACHED SHEETS (PAGES 17)
PMA/AAPHS 52-60

(4)

V. **Relief (Cont'd)**
PLEASE SEE ATTACHED SHEETS (PAGES 17)
PARAGRAPHS 52-60

Signed this 5 day of May, 2020

_____
Signature of Plaintiff

STATE OF GEORGIA
COUNTY (CITY) OF VALDOSTA, BOWNDES COUNTY

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 5/5/2020
(Date)

_____
Signature of Plaintiff

WASEEM BAKER
#901373
VALDOSTA S.P.
P.O.BOX 5368
VALDOSTA, GA 31603

(5)