| | |
|---|---|
| **From:** | GANDdb_efile_Notice |
| **Sent:** | Wednesday, June 17, 2020 9:13 AM |
| **To:** | InterDistrictTransfer_WAWD |
| **Subject:** | Transferred case has been opened |

CASE: 2:20-cv-00752

DETAILS: Case transferred from Washington Western has been opened in Northern District of Georgia as case 1:20-cv-02561, filed 06/17/2020.